# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHAYNE ASPAAS & AMY ASPAAS  Case Number: 05-73408
1916 RAISMORE ROAD  SSN-xxx-xx-2579 & xxx-xx-3805
ROCKFORD, IL  61108

Case filed on: 7/7/2005
Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,488.29    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTY BERNARD NATALE | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | SHAYNE ASPAAS | 0.00 | 0.00 | 499.31 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 499.31 | 0.00 |
| 001 | ALPINE BANK | 2,340.34 | 2,340.34 | 2,340.34 | 155.41 |
| 002 | AMERICAN GENERAL FINANCE | 1,385.00 | 1,385.00 | 1,385.00 | 91.98 |
| 004 | COUNTRYWIDE HOME LOAN | 11,000.00 | 0.00 | 0.00 | 0.00 |
| 005 | SNAP ON CREDIT LLC | 3,000.00 | 3,000.00 | 3,000.00 | 199.25 |
|  | Total Secured | 17,725.34 | 6,725.34 | 6,725.34 | 446.64 |
| 002 | AMERICAN GENERAL FINANCE | 2,340.53 | 2,340.53 | 2,340.53 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 11,324.98 | 11,324.98 | 11,324.98 | 0.00 |
| 005 | SNAP ON CREDIT LLC | 389.39 | 389.39 | 389.39 | 0.00 |
|  | Total Unsecured | 14,054.90 | 14,054.90 | 14,054.90 | 0.00 |
|  | Grand Total: | 33,980.24 | 22,980.24 | 23,479.55 | 446.64 |

Total Paid Claimant:     $23,926.19
Trustee Allowance:       $1,562.10       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan